AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

USA

vs.
(1) GEREMIAS AMBROCIO-VICENTE

CRIMINAL COMPLAINT
CASE NUMBER: EP:25-M -03268(1) - LE

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 8, 2025** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, Geremias AMBROCIO-Vicente, an alien to the United States and a citizen of Guatemala was found approximately 3.4 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From "*

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No
Sworn to before me,

/S/ RODRIGUEZ, LUIS E.
Signature of Complainant
Border Patrol Agent

June 10, 2025
Date

at   EL PASO, Texas
City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judge
**OATH TELEPHONICALLY SWORN AT 01:09 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) GEREMIAS AMBROCIO-VICENTE

FACTS (CONTINUED)

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Guatemala on July 13, 2022 through New Orleans, Louisiana. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been deported 1 time(s), the last one being to GUATEMALA on July 13, 2022, through NEW ORLEANS, LA

CRIMINAL HISTORY:
04/05/2012, Tucson, Arizona, 8 U.S.C. 1324(F), ACC, Disposition not provided.
09/30/2020, Albany, New York, Rape -2nd: Person 18 Yrs Old or More has Intercourse with Person&amp;lt; 15yrs(F), CNV, 2 years confinement, Supervised Release 10 years, release date 06/24/2032.
06/22/2022, Albany, New York, Registered Sex Offender(M), CNV, Date registered 6/22/2022, Registry Expiration.
11/19/2022, Rio Grande City, Texas, 8 U.S.C. 1326(F), CNV, 21 months confinement BOP.